**Order entered May 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00517-CV

### IN RE LEXINGTON INSURANCE COMPANY, Relator

**Original Proceeding from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-06317**

## ORDER

Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot relator's motion for temporary relief. We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID J. SCHENCK
        JUSTICE